UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ZYCUS, INC., :
:
                      Petitioner, :        24-CV-4802 (AS)
:
    and :
:        <u>ORDER</u>
:
ROBERTSHAW CONTROLS COMPANY, :
:
                      Respondent. :
:
-------------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

      On June 24, 2024, Petitioner Zycus, Inc. filed a petition to compel arbitration. Petitioner has not yet docketed an affidavit of service. Accordingly, it is hereby ORDERED that Petitioner shall docket forthwith a certificate of service proving that Petitioner properly served Respondent. It is further ORDERED that Respondent shall file and serve any opposition to the petition by **August 16, 2024.** Petitioner's reply, if any, shall be filed and served by **August 23, 2024.**

      It is further ORDERED that **Petitioner (1) serve upon Respondent a copy of this Order and the Court's Individual Practices forthwith, and (2) file proof of such service with the Court.** If unaware of the identity of counsel for Respondent, Petitioner must forthwith send a copy of this Order and the Court's Individual Rules and Practices to Respondent itself.

SO ORDERED.

Dated: July 3, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                     United States District Judge