UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ZYCUS, INC.,

      Petitioner,        24-CV-4802 (AS)

 and

                  ORDER

ROBERTSHAW CONTROLS COMPANY,

      Respondent.
-------------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

  On June 24, 2024, Zycus, Inc. filed a petition to confirm an arbitration award under the Federal Arbitration Act (FAA). The "FAA's provisions authorizing 'applications to confirm, vacate, or modify arbitral awards ... do not themselves support federal jurisdiction.'" *Stafford v. Int'l Bus. Machines Corp.*, 78 F.4th 62, 68 (2d Cir. 2023) (quoting *Badgerow v. Walters*, 596. U.S. 1, 8 (2022)). Here, petitioner invokes the Court's diversity jurisdiction on the ground of diversity of citizenship. *See* 28 U.S.C. § 1332. Section 1332(c) provides that "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business."

  The petition states the principal place of business of both petitioner and respondent. But the petition does not state either petitioner or respondent's place of incorporation. Accordingly, it is hereby ORDERED that, no later than **August 21, 2024**, petitioner shall file an affidavit stating every state of incorporation for both petitioner and respondent.

  SO ORDERED.

Dated: August 19, 2024
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge